IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:15-CR-00453 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| vs. | ) | |
| | ) | |
| ANTOWINE PALMER, et. al., | ) | **MOTION TO TRANSFER** |
| | ) | **DEFENDANT TO FEDERAL** |
| Defendants. | ) | **CUSTODY** |

Now come the Defendant, Antowine Palmer, by and through his counsel Jaime P. Serrat LLC., and hereby respectfully requests that this Honorable Court issue an Order to the United States Marshals Service directing them to return the Defendant from State incarceration at Mansfield Correctional to Federal custody.  On June 15, 2016, counsel requested the U.S. Marshals service to send the Defendant to North East Ohio Correctional Center ("NEOCC") after he was sentenced in the Cuyahoga County Court of Common Pleas.  The United States Marshals service stated back later that day "I am letting him get shipped to Lorain CI so he gets processed and receives his state ID#. Closer to the date we need him, we will pick him up from state custody, then he will remain in federal custody until his case is resolved." On July 21, 2016, counsel once again asked the U.S. Marshal's to return the Defendant from LCI Defendant to federal custody, which was denied.  On October 26, 2015, counsel once again asked the U.S. Marshal's to return the Defendant from Mansfield Correctional to federal custody, which was denied. The U.S. Marshal's indicated that will get him right before his final pre-trial on November 21, 2016 and have him remain in federal custody throughout his trial.

Mr. Palmer is scheduled for trial on December 5, 2016.  Current counsel is at NEOCC in Youngstown, Ohio at least once a week to visit with Clients. Mr. Palmer not being brought into federal custody is making the process of preparing for trial significantly more difficult. Counsel

is respectfully requesting an Order to send the Defendant to federal custody in the inertest of justice in preparing for trial.

        Respectfully Submitted,

/s/ Jaime P. Serrat_____
**JAIME P. SERRAT LLC**
Jaime P. Serrat, (#0031660)
Attorney for the Defendant Palmer
55 Public Square
2100 Illuminating Building
Cleveland, OH 44113
(216) 696-2150; (216) 696-1718- fax
serratlaw@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2016, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Jaime P. Serrat_____
**JAIME P. SERRAT LLC**
Jaime P. Serrat, (#0031660)
Attorney for the Defendant Palmer